IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WILLIAM T. POHL,

                Plaintiff,                        ORDER

    v.                                      06-C-603-C

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

---

This is a social security appeal brought pursuant to 42 U.S.C. § 405(g).  On August 3, 2007, this court entered an order remanding this case to the Social Security Administration for further proceedings.  Judgment was entered on August 6.  Now before the court is plaintiff's motion for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Defendant has raised no objections to the motion.  Accordingly,

ORDER

IT IS ORDERED that plaintiff's application for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, is GRANTED.  Plaintiff is awarded

attorney fees in the amount of $4,000.  Pursuant to the fee agreement submitted by plaintiff,

this amount is to be paid directly to plaintiff's attorney, Howard Prestwich.  Costs shall be

awarded in a separate order.

Entered this 13th day of November, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge